IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-cr-00059-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARCUS JUNIOR MOORE | ) |
| RODERICK ANTONIO LAWSON | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 1, 2014 and July 15, 2014 this Court entered a Preliminary Orders of Forfeiture and on September 15, 2014 entered an Amended Preliminary Order of Forfeiture, pursuant to the provision of 21 U.S.C. § 853, based upon the defendants pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the Preliminary Orders of Forfeiture, to wit: (a) one 2007 Honda Accord, VIN: 1HGCM826X7A000675, (b) one 2006 Ford Ranger, VIN: 1FTYR10U86PA61047, (c) one 2003 Nissan Murano, VIN: JN8AZ08T13W102647, (d) one 2009 Toyota Highlander, VIN: JTEDA41A192005329, (e) $130,027 in United States Currency, (f) one Smith & Wesson 9mm handgun, model SW9VE, SN: RAW4501, and (g) one Beretta Handgun, model 3032, SN: DAA379957.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 6, 2014 and October 5, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the Preliminary Orders of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __8th__ of day April 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE