IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-59-D

UNITED STATES OF AMERICA,            )
                                     )
            v.                       )
                                     )        **ORDER**
MARCUS JUNIOR MOORE,                 )
                                     )
            Defendant.               )

The United States SHALL respond to defendant's pro se motion for early termination of

supervised release [D.E. 99] not later than May 29, 2026.

SO ORDERED. This 10 day of April, 2026.

                                    _____
                                    JAMES C. DEVER III
                                    United States District Judge