IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-59-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCUS JUNIOR MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

The court agrees with the United States' response in opposition. See [D.E. 102]. Although

defendant has made progress on supervised release, the court finds that he should serve his entire

term given his serious criminal conduct and serious criminal history. Thus, the court DENIES

defendant's motion for early termination [D.E. 99].

SO ORDERED. This 20 day of April, 2026.

_4 Dever_
JAMES C. DEVER III
United States District Judge
